STEPHEN H. TURNER, ESQ. (State Bar No. 89627)
CARLSON, MESSER & TURNER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

*E-filed 10/3/05*

Attorneys for Defendants, COLLECTCORP, a business CORPORATION, GLENN PATTON and TRAVIS ONDATJE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIILIA RENTERIA,<br><br>Plaintiff,<br><br>vs.<br><br>COLLECTCORP, A BUSINESS CORPORATION, AND GLENN PATTON, AND TRAVIS HIDASHI, NATURAL PERSONS,<br><br>Defendants. | CASE NO. C05 00415 HRL<br><br>[PROPOSED] **STIPULATION AND ORDER RE: CONTINUANCE OF DISCOVERY CUT-OFF** |

**PRELIMINARY STATEMENT**

(1) Whereas, a discovery dispute regarding the taking of Defendants Collectcorp, Glenn Patton and Travis Ondatje (collectively hereinafter referred to as "Defendants") has arisen prompting both Plaintiff Renteria and Defendants to file Motions For Protective Order;

(2) Whereas, the date set for hearing on said Motions is October 25, 2005;

(3) Whereas, the discovery cut-off date is also set for October 25, 2005;

(4) Whereas, the parties believe in light of these circumstances, it would be prudent to continue the discovery cut-off;

1  IT IS HEREBY STIPULATED AS FOLLOWS:

2  **STIPULATION**

3  That the discovery cut-off date can be continued from October 25, 2005 to December 31,

4  2005.

5  **SO STIPULATED**

6

7  DATED:_____  HYDE & SWIGART

8

9

10  By _____
    Joshua Swigart,
11  Attorneys for Plaintiff
    LILLIA RENTERIA

12

13

14

15  DATED:  CARLSON, MESSER & TURNER LLP

16

17  By: _____
    Stephen H. Turner
18  Edgar N. De Vera
    Attorneys for Defendants,
19  COLLECTCORP, a business
    CORPORATION, GLENN PATTON
20  and TRAVIS ONDATJE

21

22

23

24

25

26

27

28

CARLSON, MESSER & TURNER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05262.00:111563

2

STIPULATION RE: DISCOVERY
C05 00415 HRL

CARLSON, MESSER & TURNER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1

**[PROPOSED] ORDER**

2   The parties having stipulated that the discovery cut-off can be extended from October 25,

3   2005 to December 31, 2005: All other dates remain.

4

5   IT IS SO ORDERED.

6

7   DATED: 9/30/05

     /s/ Howard R. Lloyd
     ~~Magistrate Judge Patrica V. Turnbull~~
8    Magistrate Judge Howard R. Lloyd

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

05262.00:111563

3

STIPULATION RE: DISCOVERY
C05 00415 HRL