*E-filed 10/19/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILLIA RENTERIA, | No. C05-00415 HRL |
| Plaintiff, | |
| v. | **ORDER ON PARTIES' STIPULATION TO WAIVE ORAL ARGUMENT ON CROSS-MOTIONS FOR PROTECTIVE ORDER** |
| COLLECTCORP, et al., | |
| Defendants. | |
| _____/ | |

On October 19, 2005, the parties stipulated to waive oral argument on their cross-motions for protective order. The court believes that further argument on the motions is warranted as neither party has of yet satisfied their burden of demonstrating good cause for a protective order as required by Fed. R. Civ. P. 26(c). Accordingly, the court rejects the parties stipulation and orders their appearance at the hearing on October 25, 2005.

**IT IS SO ORDERED.**

Dated: 10/19/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Edgar N. De Vera        deverae@cmtlaw.com

3  Robert L. Hyde          bob@westcoastlitigation.com

4  Sandra J. Shapiro       sjs@sandrashapiro.com

5  Joshua B. Swigart       josh@westcoastlitigation.com,

6  Stephen H. Turner       TURNERS@cmtlaw.com, mahaneyl@cmtlaw.com; vigils@cmtlaw.com; nefuldal@cmtlaw.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 10/19/05

                                                /s/ RNR
                          Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California