1  STEPHEN H. TURNER, ESQ. (State Bar No. 89627)
   CARLSON, MESSER & TURNER LLP
2  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
3  (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
4
   Attorneys for Defendants, COLLECTCORP, a
5  business CORPORATION, GLENN PATTON
   and TRAVIS ONDATJE
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 LIILIA RENTERIA,                    )   CASE NO. C05 00415 HRL
                                       )
12         Plaintiff,                  )   [PROPOSED] STIPULATION AND
                                       )   ORDER RE: CONTINUANCE OF
13    vs.                              )   DISCOVERY CUT-OFF FOR
                                       )   PURPOSES OF TAKING THE
14 COLLECTCORP, A BUSINESS             )   DEPOSITIONS OF SPECIFIED
   CORPORATION, AND GLENN              )   THIRD PARTY WITNESSES
15 PATTON, AND TRAVIS                  )
   HIDASHI, NATURAL PERSONS,           )
16                                     )
           Defendants.                 )
17                                     )
                                       )
18 _____)

19
                          PRELIMINARY STATEMENT
20
        (1)    Whereas, Defendants had served and/or attempted to serve third party witnesses,
21
   Mike Nguyen, Veronica Perez and Maria Gallegos;
22
        (2)    Whereas, the parties were unable to coordinate their depositions on or before
23
   December 31, 2005 due to lack of availability;
24
        (3)    Whereas, the discovery cut-off date is also set for December 31, 2005;
25
        (4)    Whereas, the parties believe it would be prudent to reschedule their depositions
26
   until after the Holidays and after the New Year;
27

28

                                       1              STIPULATION RE: DISCOVERY
05262.00:111563                                                        C05 00415 HRL

1     IT IS HEREBY STIPULATED AS FOLLOWS:

2                    **STIPULATION**

3     That the discovery cut-off date for the taking of Mr. Nguyen, Ms. Perez and Ms. Gallegos'

4 depositions can be continued from December 31, 2005 to January 31, 2006. No other discovery

5 (except the deposition of Robert Hyde, Esq. which is the subject of Plaintiff's recently filed Motion

6 for Protective Order) shall take place after December 31, 2005.

7   **SO STIPULATED**

8

9 DATED: 12/30/05                       **HYDE & SWIGART**

10

11

12                                 By _____
                                    **JOSHUA SWIGART,**
                                    **Attorneys for Plaintiff**

13                                     **LILLIA RENTERIA**

14

15

16

17 DATED: 12-30-05                     CARLSON, MESSER & TURNER LLP

18

19                               By: _____
                                 Stephen H. Turner

20                                Edgar N. De Vera
                               Attorneys for Defendants,

21                                COLLECTCORP, a business
                               CORPORATION, GLENN PATTON

22                                and TRAVIS ONDATJE

23

24

25

26

27

28

**[PROPOSED] ORDER**

The parties having stipulated that the discovery cut-off date for the taking of Mr. Nguyen, Ms. Perez and Ms. Gallegos' depositions can be continued from December 31, 2005 to January 31, 2006 and that no other discovery (except the deposition of Robert Hyde, Esq. which is the subject of Plaintiff's recently filed Motion for Protective Order) shall take place after December 31, 2005:

IT IS SO ORDERED.

DATED: 1/4/06

/s/ Howard R. Lloyd
Magistrate Judge Howard R. Lloyd

CARLSON, MESSER & TURNER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

3

STIPULATION RE: DISCOVERY
C05 00415 HRL

05262.00:111563