*E-filed 7/21/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILLIA RENTERIA,<br><br>    Plaintiff,<br>v.<br><br>COLLECTCORP, ET AL.,<br><br>    Defendants. | No. C 05-00415 HRL<br><br>**ORDER TO SHOW CAUSE** |

On March 22, 2006, plaintiff informed the court that the action had been settled, and requested the court to retain jurisdiction for 60 days for entry of dismissal or, if settlement was not completed, for reopening. More than 60 days have passed. The parties are required to file a stipulation of dismissal by **August 4, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 8, 2006 at 10:00 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: July 21, 2006

/s/ Howard R. Lloyd
HOWARD R. LLOYD
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Edgar N. De Vera deverae@cmtlaw.com

Robert L. Hyde bob@westcoastlitigation.com, josh@westcoastlitigation.com

Larissa G. Nefulda NefuldaL@cmtlaw.com,

Joshua B. Swigart josh@westcoastlitigation.com,

Stephen H. Turner TURNERS@cmtlaw.com, mahaneyl@cmtlaw.com; vigils@cmtlaw.com; nefuldal@cmtlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: July 21, 2006

>                   JMM
> Chambers of Magistrate Judge Howard R. Lloyd