*E-filed 8/8/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILLIA RENTERIA,<br><br>    Plaintiff,<br>v.<br><br>COLLECTCORP, ET AL.,<br><br>    Defendants. | No. C 05-00415 HRL<br><br>**ORDER DISMISSING CASE** |

On March 22, 2006, plaintiff informed the court that the action had been settled, and requested the court to retain jurisdiction for 60 days for entry of dismissal or, if settlement was not completed, for reopening. On July 21, 2006, the court ordered the parties to file a stipulation of dismissal by August 4, 2006, or show cause at a hearing on August 8, 2006, why the case should not be dismissed. No party appeared at the hearing. The case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: 8/8/06                                              /s/ Howard R. Lloyd
                                                           HOWARD R. LLOYD
                                                           United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Edgar N. De Vera deverae@cmtlaw.com

Robert L. Hyde bob@westcoastlitigation.com, josh@westcoastlitigation.com

Larissa G. Nefulda NefuldaL@cmtlaw.com,

Joshua B. Swigart josh@westcoastlitigation.com,

Stephen H. Turner TURNERS@cmtlaw.com, mahaneyl@cmtlaw.com; vigils@cmtlaw.com; nefuldal@cmtlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:

                                        /s/ JMM  
                                    Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**  
For the Northern District of California